In the Matter of the Accounting of JOSEPH W. BEWSHER, as Trustee under the Will of WILLIAM H. WATSON, SR., Deceased.

ALBANY GUARDIAN SOCIETY AND HOME FOR THE FRIENDLESS, Appellant; FREDERICK C. WATSON, Individually and as Administrator of the Estate of BERTHA C. WATSON, Deceased, et al., Respondents.

*Matter of Bewsher*, 178 App. Div. 381, affirmed.
(Argued October 3, 1917; decided October 23, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1917, which affirmed a decree of the Albany County Surrogate's Court, which adjudged that the bequest in the will of William H. Watson, Sr., deceased, to the Albany Guardian Society and Home for the Friendless was invalid and passed to the testator's next of kin for the reason that the will was made less than two months prior to the testator's death and hence the bequest was in contravention of section 6 of chapter 319 of the Laws of 1848 as amended by chapter 623 of the Laws of 1903.

*A. Page Smith* for appellant.

*Frank R. Keeshan* and *George I. Sleicher* for respondents.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.